Statement of Facts,

Robert W. Johnson was discriminated against by Experian for Report # 3389-0158-56 for 08/09/21. Experian used falsified documents to discredit Robert W. Johnson Credit Reports. Robert W. Johnson appealed above-said matters and was denied expungements and other reliefs.

## CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Civil Cover Sheet & IFP Application on 01/17/2022 upon the following:

1. Court Clerk; U.S. Courthouse; 7940 PRESTON RD.; PLANO, TX 75024.

*Robert W. Johnson*
Robert W. Johnson

01/16/2022