IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:22-CV-00048-ALM-AGD |
| v. | § | |
| | § | |
| EXPERIAN, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 6, 2023, the Report of the Magistrate Judge, (Dkt #7), was entered containing proposed findings of fact and recommendations that the *pro se* Plaintiff Robert W. Johnson's claims be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff filed what appears to be an objection to the Report (Dkt. #8). Plaintiff was instructed in the Report to file specific objections that "state the basis for the objection and specify the place in the magistrate judge's report and recommendation where the disputed determination is found" (Dkt. #7). Rather than file a specific objection, Plaintiff simply expressed apparent dissatisfaction with the Report (*See* Dkt. #8).

The Court has conducted a *de novo* review of the objections, which make no specific reference to the Report. Having done so, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and that the objections are without merit as to the ultimate recommendation of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Robert W. Johnson's claims are **DISMISSED WITHOUT PREJUDICE.**

All relief not previously granted is hereby denied.

**IT IS SO ORDERED.**
**SIGNED this 5th day of July, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE